UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:17-cv-00102-EBA

GERALDINE LOWE,                                                          PLAINTIFF,

v.                                           **JUDGMENT**

NANCY A. BERRYHILL, *in her*
*official capacity as the Acting*
*Commissioner of the Social*
*Security Administration*,                                               DEFENDANT.


In accordance with this Court's opinion entered on this date, this Court HEREBY

ORDERS and ADJUDGES as follows:

1.  The Administrative Decision is REVERSED;

2.  This case is REMANDED to the Commissioner for additional administrative

    proceedings;

3.  The above-styled action is STRICKEN from this Court's active docket; and

4.  This judgment constitutes a FINAL and APPEALABLE order.

This the 23rd day of January, 2018.



Signed By:
Edward B. Atkins
United States Magistrate Judge